J. OWEN CAMPBELL (State Bar No. 229976)
joc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ELEANOR M. ROMAN (State Bar No. 178736)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SAMISONI VIRIVIRI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AFFINITY DEFAULT SERVICES, LLC, MR. COOPER MORTGAGE, U.S. BANK, N.A., NATIONSTAR MORTGAGE LLC, BANK OF AMERICA, N.A. and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00471-TLN-AC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT AGAINST PLAINTIFF** |

Upon consideration of the *ex parte* application (the "Application") of defendant, Bank of America, N.A. ("BANA" or "Defendant") based on the stipulation and agreement with plaintiff, Samisoni Viriviri ("Viriviri" or "Plaintiff") together with other named defendants, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") and U.S. Bank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-AR1 ("U.S. Bank"), for an order vacating the order and judgment dismissing this Action without prejudice,

pursuant to Fed. Rule Civ. Pro. 60(b), and requesting that the Court enter an order dismissing the Action with prejudice and enter a new judgment of dismissal against Plaintiff with prejudice, (the "Stipulation").

The Court being fully advised and based on the Stipulation,

IT IS THEREFORE ORDERED THAT:

1. The order and judgment entered October 5, 2020 pursuant to which the Action was dismissed without prejudice are hereby vacated;

2. The entire action is hereby dismissed with prejudice as to all parties and all claims for relief.

IT IS FURTHER ORDERED THAT, Judgment with prejudice shall be entered in accordance with this Order against plaintiff, Samisoni Viriviri ("Plaintiff") and in favor of defendants, Bank of America, N.A. ("BANA"), Nationstar Mortgage LLC d/d/a Mr. Cooper ("Nationstar"), and U.S. Bank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-AR1 ("U.S. Bank").

IT IS SO ORDERED.

DATED:  August 30, 2021

Troy L. Nunley
United States District Judge